DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYMOND DESINOR,**
Appellant,

v.

**UV GROUP, LLC, AS TRUSTEE FOR 7991 NW 44 CT A FLORIDA LAND TRUST DATED 10/30/2020,** and **SHAUN M. ZACIEWSKI,**
Appellees.

No. 4D20-2716

[August 5, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE-18-010760.

Raymond Desinor, Miami, pro se.

Shaun M. Zaciewski of the Law Offices of Shaun M. Zaciewski P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***